IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 17 PM 1:46

REYNERO ARTEAGA CARBALLO,

    Plaintiff,

VS.                              NO. 98-3081-Ma

WARDEN MARK LUTTRELL, JR.,
IMMIGRATION AND NATURALIZATION
SERVICE, et al.,
    Defendants.

## ORDER TO SHOW CAUSE

Before the court is Defendants' January 21, 2005 motion to dismiss. Plaintiff has not yet responded to the motion, and the time for response has passed.

Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendants' motion should not be granted.

IT IS SO ORDERED this 17th day of May 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:98-CV-03081 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Reynero Arteaga Carballo
FCI-CUMBERLAND
02800-000
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501--100

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Emily Anne Radford
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

Brian J. Quarles
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David W. Ogden
OFFICE OF IMMIGRATION LITIGATION
US Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

Loreto S. Geisse
OFFICE OF IMMIGRATION LITIGATION
US Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

Honorable Samuel Mays
US DISTRICT COURT